IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR-06-011-E-BLW |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING TRIAL** |
| v. ) | **AND TRIAL READINESS** |
| ) | **CONFERENCE** |
| RAMON JAQUEZ-VILLALOBOS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The Court has before it a first unopposed motion to continue trial filed by defendant. (Docket No. 14). The defendant requests additional time so that his appointed counsel will have adequate time to complete investigation in the charges in this case. Defense counsel requests a continuance, and the Court finds that a continuance until **May 22, 2006**, would be reasonable given the complexities of this case.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is warranted under 18 U.S.C. § 3161(h)(8)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective

**Order -- Page 1**

preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the Defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(8)(A).

The statements of defense counsel establish that the trial should be reset on **May 22, 2006 at 1:30 p.m. in Pocatello, Idaho**. The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the Motion for Continuance (Docket No. 14) filed by Defendant be, and the same is hereby, GRANTED, and that the present trial date be VACATED, and that a new trial be set for **May 22, 2006 at 1:30 p.m.** in the United States Federal Courthouse in **Pocatello, Idaho**.

IT IS FURTHER ORDERED, that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS FURTHER ORDERED, that a telephonic trial readiness conference shall be held on **May 11, 2006 at 4:00 p.m.**  The Government shall initiate the call with opposing counsel on the line to (208) 334-9145.

**Order -- Page 2**

IT IS FURTHER ORDERED, that the Defendant shall file all pretrial motions on or before **April 21, 2006**.

DATED:  **March 14, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order -- Page 3**